# UNITED STATES DISTRICT COURT

__Eastern__   District of   __Oklahoma__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>TERRY DON TAYLOR | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   TP-08-06-RAW<br>USM No.   09331-062<br><br>__Roger Hilfiger__<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of __Standard and Special Conditions__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition 3 | The defendant will answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 07/19/2008 |
| Special Condition | The defendant shall make restitution in the amount of $13,552.88. If a balance remains, payment is to commence 60 days following release from imprisonment to a term of supervised release in equal monthly payments of $230 over a period of 58 months. | 09/19/2008 |

   The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __2592__

Defendant's Year of Birth:   __1978__

City and State of Defendant's Residence:
   __Fort Gibson, OK__

__October 30, 2008__
Date of Imposition of Judgment

*Ronald A. White* (signature)
Ronald A. White
United States District Judge
Eastern District of Oklahoma

E.O.D.   10/31/08
Date

DEFENDANT: TERRY DON TAYLOR
CASE NUMBER: TP-08-06-RAW

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of : 36 months.

■ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be placed at FCI in El Reno to facilitate family contact. The Court shall be informed in writing as soon as possible if the Bureau of Prisons is unable to follow the Court's recommendations, along with the reasons for not following such recommendations made by the Court.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ a _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     TERRY DON TAYLOR
CASE NUMBER:   TP-08-06-RAW

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|---------------|----------|-----------------|
| TOTALS | $             | $        | $ 13,477.88     |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

■ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|---------------------------|
| Bank of America<br>Attn: Restitution<br>MO2-100-09-19<br>PO Box 790087<br>St. Louis, MO<br>63179-0087 | $13,477.88 | $13,477.88 | |
| **TOTALS** | $ 13,477.88 | $ 13,477.88 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

■ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

■ the interest requirement is waived for the   ☐ fine   ■ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      TERRY DON TAYLOR
CASE NUMBER:    TP-08-06-RAW

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C,   ☐ D,   ☐ E, or   ☐ F below); or

**B** ☒ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☒ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

Restitution in the amount of $13,477.88, which represents the balance of restitution ordered in the original judgement in this case, is due immediately and made payable to the U.S. Court Clerk for the Eastern District of Oklahoma, PO Box 607, Muskogee, OK 74402. If the defendant's personal financial condition is such that he is unable to pay the whole amount of restitution owing, the defendant shall remit payments of not less than $230 per month, to commence 60 days following his release from imprisonment, until the balance of restitution is satisfied. While in custody of the Federal Bureau of Prisons, the defendant shall pay the greater of $25 quarterly or 50% of income pursuant to the Federal Bureau of Prison's Inmate Financial Responsibility Program. Nothing shall prohibit the U.S. Attorney from executing or levying upon non-exempt property of the offender discovered before or after the date of this judgement.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.